# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| JON HANSON and JAMES DEMARTINI, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiffs, | No. C13-0067 |
| vs. | RULING ON MOTION TO COMPEL |
| BERTHEL FISHER & COMPANY FINANCIAL SERVICES, INC., | |
| Defendant and Third-Party Plaintiff, | |
| vs. | |
| THOMPSON NATIONAL PROPERTIES, LLC, TNP 2008 PARTICIPATING NOTES PROGRAM, LLC, and ANTHONY W. THOMPSON, | |
| Third-Party Defendants. | |

On the 12th day of January 2015, this matter came on for telephonic hearing on the Motions to Compel (docket numbers 67, 68, and 69) filed the Plaintiffs on December 30, 2014. The Plaintiffs were represented by their attorneys, J. Barton Goplerud and Alan Rosca. Defendant was represented by its attorneys, Vincent D. Louwagie and Aaron Hartman. The Third-Party Defendants were represented by their attorneys, Thomas Reavely and Stephen Marso.

For the reasons stated by the Court on the record at the time of hearing, the Court finds the motions should be **GRANTED**. The Third-Party Defendants must produce the documents identified in Plaintiffs' request for production of documents within 10 days (January 22, 2015).

## ORDER

IT IS THEREFORE ORDERED that the Motions to Compel (docket numbers 67, 68, and 69) are **GRANTED**. The Third-Party Defendants must produce the requested documents not later than **January 22, 2015**, or be subject to appropriate sanctions upon further application by Plaintiffs.

DATED this 12th day of January, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA