**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| JON HANSON and JAMES DEMARTINI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BERTHEL FISHER & COMPANY FINANCIAL SERVICES, INC.,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>THOMPSON NATIONAL PROPERTIES, LLC, TNP 2008 PARTICIPATING NOTES PROGRAM, LLC, and ANTHONY W. THOMPSON,<br><br>Third-Party Defendants. | No. 1:13-CV-00067-LRR/JSS<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

Pursuant to the Court's Order dated June 10, 2015 preliminarily approving the settlement and setting a schedule for final approval (Doc. #127), Plaintiffs hereby respectfully move the Court to grant their Motion for Final Approval of Settlement.

Dated: July 31, 2015

Respectfully submitted,

*<u>/s/ J. Barton Goplerud</u>*

J. Barton Goplerud (AT0002983)
HUDSON, MALLANEY, SHINDLER & ANDERSON,PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: jbgoplerud@hudsonlaw.net

Alan L. Rosca (*pro hac vice*)
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE, A PROFESSIONAL LAW CORPORATION
1422 Euclid Avenue, Suite 1610
Cleveland, Ohio 44114
Telephone: (216) 589-9280
Facsimile: (888) 411-0038
Email: arosca@prwlegal.com

Joseph C. Peiffer (*pro hac vice*)
Daniel J. Carr (*pro hac vice*)
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE, A PROFESSIONAL LAW CORPORATION
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana, 70170
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
Email: jpeiffer@prwlegal.com
Email: dcarr@prwlegal.com

## CERTIFICATE OF SERVICE

I certify that on July 31, 2015 I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties participating in the Court's electronic filing system.

*/s/ J. Barton Goplerud*