IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

JON HANSON AND JAMES DEMARTINI, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

BERTHEL FISHER & COMPANY FINANCIAL SERVICES, INC.,

Defendant and Third-Party Plaintiff,

v.

THOMPSON NATIONAL PROPERTIES, LLC, TNP 2008 PARTICIPATING NOTES PROGRAM, LLC, and ANTHONY W. THOMPSON,

Third-Party Defendants.

CASE NO. C13-67-LRR

**JUDGMENT**

***DECISION BY COURT*:** This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment in accordance with the attached Order.

Approved as to form by:

Chief Judge Linda R. Reade
on this 16th day of September, 2015

Dated: 9/16/2015

ROBERT L. PHELPS, CLERK OF COURT
U.S. District Court for the Northern District of Iowa

By: s/Sarah K. Melvin
Deputy Clerk