IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JON HANSON AND JAMES DEMARTINI, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>BERTHEL FISHER & COMPANY FINANCIAL SERVICES, INC.,<br>      Defendant and Third-Party Plaintiff,<br><br>v.<br><br>THOMPSON NATIONAL PROPERTIES, LLC, TNP 2008 PARTICIPATING NOTES PROGRAM, LLC, and ANTHONY W. THOMPSON,<br><br>      Third-Party Defendants. | CASE NO. C13-67-LRR<br><br>**JUDGMENT** |

***DECISION BY COURT*:** This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment in accordance with the attached Order.

Approved as to form by:

_____
Chief Judge Linda R. Reade
on this 16th day of September, 2015

Dated: 9/16/2015               ROBERT L. PHELPS, CLERK OF COURT
                                        U.S. District Court for the Northern District of Iowa

                                        By: s/Sarah K. Melvin
                                        Deputy Clerk